UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-21463-CIV-WILLIAMS

ANTHONY EATON, *et al*,

    Plaintiffs,

vs.

HAMILTON GROUP FUNDING,
*et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court upon the Parties' joint motion for approval of their settlement agreement. (DE 47).

To approve the Settlement Agreement in a Fair Labor Standards Act (FLSA) action, the Court must determine that the compromise is a fair and reasonable resolution of a bona fide FLSA dispute. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Furthermore, where a plaintiff is represented by counsel, review of the reasonableness of attorneys' fees serves to "assure both that counsel is compensated adequately and that no conflict of interest taints the amount the wronged employee recovers under a settlement agreement." *Silva v. Miller*, 307 Fed. App'x 349, 351 (11th Cir. 2009). However, "when attorney's fees are negotiated separately from the payment to plaintiff(s), an in depth analysis [of the reasonableness of the fees] is not necessary unless the unreasonableness is apparent from the face of the documents." *Gertz v. Coastal Reconstruction, Inc.*, No. 3:13-CV-1084-J-34JBT, 2014 WL 4655738, at *3 (M.D. Fla. Sept. 17, 2014).

The Court finds that the compromise reached by the Parties is a fair and reasonable resolution of this dispute. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1) The Motion to Approve the Settlement Agreement (DE 47) is **GRANTED**.

(2) The Parties' Settlement Agreement is **APPROVED**.

(3) This action is **DISMISSED WITH PREJUDICE** each side to bear its own fees and costs except as otherwise provided in the Settlement Agreement.

(4) All pending motions are **DENIED AS MOOT.**

(5) The Court retains jurisdiction to enforce the terms of the settlement agreement for a period of one year from the date of this Order.

**DONE AND ORDERED** in chambers in Miami, Florida, this 11th day of July, 2019.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE